# UNITED STATES DISTRICT COURT

District of     Massachusetts

CTC Communications Corp.

V.

Advertising-Ventures

**SUMMONS IN A CIVIL CASE**

**05   10657 NMG**

CASE NUMBER:

TO: (Name and address of Defendant)

Advertising-Ventures
10 Davol Square
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THO[rnton]

APR 0 4 2005

CLERK                  DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]    DATE 6-8-05, 10:24 AM

NAME OF SERVER (PRINT) Edwin J Semper Jr    TITLE Federal Process Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served Executive Vice President Mary Sadlier For Advertising Ventures 18 Davol Sq Prov RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-8-05
　　　　　　　Date    Signature of Server

56 Hunters Run North Providence RI
Address of Server

Mary Sadlier Ex Vice President

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CTC Communications Corp, et. al., Plaintiff(s)
vs.
Advertising-Ventures, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Advertising-Ventures
Court Case No. 05 10657 NMG

COHN & DUSSI, L.L.C.
Ms. Jannine Contrado
25 Burlington Mall Rd, 6th Floor
Burlington, MA 01803

State of: _Rhode Island_ ) ss.
County of: _Providence_ )

**Name of Server:** _Edwin J Semper JR_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _June_, 20_05_, at _10:24_ o'clock _A_ M

**Place of Service:** at _10 Davol Square_, in _Providence, RI 02903_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint, Statement of Damages**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Advertising-Ventures**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mary Sadlier (Vice President)_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _White_; Hair Color _Brown_; Facial Hair _____
Approx. Age _45_; Approx. Height _5'6"_; Approx. Weight _140_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Edwin Semper_  6-8-05
Signature of Server  (Date)

Subscribed and sworn to before me this _8_ day of _June_, 20_05_

_Marlene Semper_  7/4/05
Notary Public  (Commission Expires)

APS International, Ltd.
APS File #: 072070-0001