UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CTC Communication Corp.,

        Plaintiff


v.                                     Civil Action No. 05-10657-NMG


Advertising-Ventures,

        Defendant


SETTLEMENT ORDER OF DISMISSAL


GORTON, D.J.

      The Court having been advised by counsel on 11/9/2005 that this action has settled, IT

IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.


                                           By the Court,

                                         /S/ Craig J. Nicewicz

11/10/05                               _____
  Date                                Craig J. Nicewicz
                                     Courtroom Clerk